**1400**

**John Mark WEBB, Petitioner-Appellant,**

v.

**UNITED STATES of America,
Respondent-Appellee.**

No. 28843.

United States Court of Appeals,
Fifth Circuit.

Aug. 24, 1971.

Milam L. R. Wade, Dallas, Tex., Roger C. Rocha, Laredo, Tex., for petitioner-appellant.

Anthony J. P. Farris, U. S. Atty., James R. Gough, Asst. U. S. Atty., Houston, Tex., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The final order of the District Court, denying petitioner's § 2255 application, is affirmed. Smedberg v. United States, 5 Cir. 1971, 448 F.2d 401.

Affirmed.

**Paul David MOORE, Petitioner-Appellant,**

v.

**UNITED STATES of America,
Respondent-Appellee.**

No. 71-2556.

United States Court of Appeals,
Fifth Circuit.

Aug. 24, 1971.

Paul D. Moore, pro se.

Anthony J. P. Farris, U. S. Atty., Houston, Tex., for respondent-appellee.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

The application for leave to appeal *in forma pauperis* is granted. The final order of the District Court, denying petitioner's § 2255 application, is affirmed. Smedberg v. United States, 5 Cir. 1971, 448 F.2d 401.

Affirmed.

**Herald Tillman CRABB, Petitioner-Appellant,**

v.

**UNITED STATES of America,
Respondent-Appellee.**

No. 71-2557.

United States Court of Appeals,
Fifth Circuit.

Aug. 24, 1971.

Herald T. Crabb, pro se.

Anthony J. P. Farris, U. S. Atty., Houston, Tex., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The application for leave to appeal *in forma pauperis* is granted. The final order of the District Court, denying petitioner's § 2255 application, is affirmed. Smedberg v. United States, 5 Cir. 1971, 448 F.2d 401.

Affirmed.